UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
Jon Q. Wright and JQ Licensing LLC :
: Case No.: 25-cv-6149
:
Plaintiffs, :
:
v. :
:
Thuong Nguyen, T&T Ecom Solution Limited, :
Geeowl LLC :
:
Defendants. :
---------------------------------------------------------------X

## ORDER GRANTING PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE

Upon consideration of Plaintiffs' Motion for Alternative Service (the "Motion"), the supporting Declaration of Dmitry Lapin, Esq., and all other papers and proceedings herein, the Court finds that:

1. Defendant Thuong Nguyen resides in Vietnam, Defendant T&T Ecom Solution Limited is a Hong Kong corporation, and Defendant Geeowl LLC is a Wyoming limited liability company operated from abroad.

2. Both Vietnam and Hong Kong are signatories to the Hague Convention. Hong Kong has not objected to service by postal channels, and courts in this District have repeatedly authorized service by email on Hong Kong defendants. Vietnam's limited objection requires registered mail with acknowledgment of receipt, but this Court has previously held that service by registered email, using a platform providing verifiable proof of

1

delivery and opening, satisfies that condition.

3. Traditional means of service under Rule 4 and the Hague Convention are impracticable or would result in undue delay. Given the urgency of the pending preliminary injunction hearing and the ongoing risk of irreparable harm from Defendants' infringing conduct, service through the Hague Convention central authorities or international registered mail would cause undue delay and risk of failed delivery, thereby frustrating the enforcement of this Court's TRO.

4. The email addresses identified in the Lapin Declaration are verified, active, and integral to Defendants' operation of the Websites, domain registrations, payment processing accounts, and customer communications. Service via RMail or a comparable registered email platform is reasonably calculated, under all circumstances, to apprise Defendants of the pendency of this action and afford them an opportunity to present their objections, thus satisfying due process.

Accordingly, it is hereby:

**ORDERED** that Plaintiffs' Motion is GRANTED; and it is further

**ORDERED** that Plaintiffs may serve the Summons, Amended Complaint, and all subsequent pleadings, motions, and other papers in this action on Defendants Thuong Nguyen, T&T Ecom Solution Limited, and Geeowl LLC by transmission to the following email addresses: thuongcapslock@gmail.com, thuongnv56@gmail.com, sadie@kalligear.com, topupppaz@gmail.com, and support@ttecomsolution.com;  and it is further

**ORDERED** that such service shall be made using RMail or a comparable registered email service that provides verifiable proof of transmission and delivery, and service shall be deemed effective upon transmission; and it is further

**ORDERED** that Plaintiffs shall file a certificate of service within five (5) business days of transmission; and it is further

ORDERED that Defendants' response to the Amended Complaint shall be filed within twenty-one (21) days of service via registered e-mail.

SO ORDERED.

Dated: New York, New York

  August 21  , 2025

_____
Hon. Loretta A. Preska
United States District Judge.

3