```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JOHN Q. WRIGHT and JQ LICENSING LCC,<br><br>                    Plaintiffs,<br><br>-against-<br><br>THUONG NGUYEN, T&T ECOM SOLUTION LIMITED, and GEEOWL LCC,<br><br>                    Defendants. | No. 25-CV-6149 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform the Court by letter no later than September 17, 2025 of how they propose to proceed.

**SO ORDERED.**

Dated:    September 3, 2025
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge