UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

Wright et al.,

               Plaintiff

                                   Case No: 25-cv-6149

   v.

Nguyen et al.,

               Defendants.

-------------------------------------------------------x

### [~~PROPOSED~~] ORDER

Upon Plaintiffs' motion for release of the security posted in connection with the Temporary Restraining Order and Preliminary Injunction (ECF No. 66), and upon all prior proceedings in this action, it is hereby:

**ORDERED** that Plaintiffs' motion is GRANTED; and it is further

**ORDERED** that the Clerk of Court is directed to release the Two Thousand Five Hundred Dollars ($2,500) security previously deposited by Plaintiffs; and it is further

**ORDERED** that such funds shall be issued to Axenfeld Law Group, LLC and mailed to 535 N. Church Street, #304, West Chester, Pennsylvania 19380.

SO ORDERED this __29th__ day of __April__, 2026

_____
Hon. Loretta A. Preska
U.S. District Judge